```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 48702
   CURTIS O MILLS
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2916

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 10/11/2005 and was confirmed 12/08/2005.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

       The case was dismissed after confirmation 01/17/2008.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                   PAID            PAID
--------------------------------------------------------------------------------
   COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00             .00             .00
   COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      7506.79             .00         7506.79
   GENERAL MOTORS ACCEPTANC  SECURED NOT I          .00             .00             .00
   SALLIE MAE INC            UNSECURED          5685.17             .00             .00
   CHASE CARD SERVICES       UNSECURED        NOT FILED             .00             .00
   UNITED STUDENT AID FUNDS  UNSECURED        NOT FILED             .00             .00
   CHASE BANK                UNSECURED           155.11             .00             .00
   JAMES M PHILBRICK         COST OF COLLE      650.00              .00          650.00
   DOLLIE I WARREN REED      DEBTOR ATTY       1,500.00                         1,500.00
   TOM VAUGHN                TRUSTEE                                              588.21
   DEBTOR REFUND             REFUND                                                  .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE               10,245.00

   PRIORITY                                              .00
   SECURED                                          8,156.79
   UNSECURED                                             .00
   ADMINISTRATIVE                                   1,500.00
   TRUSTEE COMPENSATION                               588.21
   DEBTOR REFUND                                         .00
                         ---------------        ---------------
   TOTALS                10,245.00                10,245.00




                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 48702 CURTIS O MILLS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 48702 CURTIS O MILLS